UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 12-10827 DSF (AGRx) | Date | 1/15/13 |
|---|---|---|---|
| Title | Daniel Sheridan, et al. v. Citimortgage, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to State Court

    This case was removed on the basis of diversity jurisdiction. However, the removing defendant failed to establish the citizenships of the two defendants. Specifically, the notice of removal does not state the principal place of business for either corporation.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.